UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

John W. Kammin
                       Plaintiff,

v.                                            Case No.: 1:07−cv−02665
                                          Honorable Ronald A. Guzman

SMARTPROS, Ltd.
                       Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, July 20, 2007:

      MINUTE entry before Judge Ronald A. Guzman : Status hearing held on 7/20/2007. Court adopts proposed discovery schedule: All discovery closes 6/2/08. Fact discovery closes 1/31/08. Amendment to pleadings or addition of parties by 12/17/07. Dispositive motions due by 7/2/2008. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.