UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
-----------------------------------------------------------x
JOHN W. KAMMIN, individually,            )
                                         )
          Plaintiff,                     )
                                         )   Case No.:  07 CV 2665
     v.                                  )
                                         )   Judge Ronald A. Guzman
SMARTPROS, LTD., a Delaware corporation, )
                                         )
          Defendant.                     )
-----------------------------------------------------------x
```

## NOTICE OF FILING

TO: Steven L. Baron
Keith E. Allen
MANDELL MENKES, LLC
333 West Monroe Drive, Suite 300
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on July 25, 2007, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, *Plaintiff's Response to Defendant's Motion to Transfer Venue,* a copy of which is attached hereto and hereby served upon you.

Dated: Chicago, Illinois
      July 25, 2007                                JOHN KAMMIN,

                                                                     By:    /s/ Kenneth J. Ashman
Kenneth J. Ashman                                    One of his Attorneys
Neal D. Kitterlin
ASHMAN LAW OFFICES, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60601
(312) 596-1700 (ph)

**CERTIFICATE OF SERVICE**

  Kenneth J. Ashman, an attorney, hereby certifies that he caused a copy of the foregoing *Plaintiff's Response to Defendant's Motion to Transfer Venue* to be served on July 25, 2007, upon the following via electronic filing:

  Steven L. Baron
  Keith E. Allen
  MANDELL MENKES, LLC
  333 West Monroe Drive, Suite 300
  Chicago, Illinois 60606

                /s/ Kenneth J. Ashman
                Kenneth J. Ashman