UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------- x
JOHN W. KAMMIN, individually,              )
                                           )
            Plaintiff,                     )
                                           )   Case No.:  07 CV 2665
        v.                                 )
                                           )   Judge Ronald A. Guzman
SMARTPROS, LTD., a Delaware corporation,   )
                                           )
            Defendant.                     )
---------------------------------------------------------- x

## NOTICE OF MOTION

TO:   Steven L. Baron
      Keith E. Allen
      MANDELL MENKES, LLC
      333 West Monroe Drive, Suite 300
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on August 9, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Ronald A. Guzman, in Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, or any judge sitting in his place and stead, and then and there present the *Plaintiff's Motion to Strike Affirmative Defenses Pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(f), and to Dismiss Counterclaims Pursuant to Rules 9(b) and 12(b)(6),* a copy of which is attached hereto and hereby served upon you, at which time you may appear and participate as you see fit.

Dated:  Chicago, Illinois
        August 2, 2007                    JOHN KAMMIN,

Kenneth J. Ashman
Neal D. Kitterlin
ASHMAN LAW OFFICES, LLC                   By:      /s/ Kenneth J. Ashman
55 West Monroe Street, Suite 2650                  One of his Attorneys
Chicago, Illinois 60603
(312) 596-1700 (ph)

**CERTIFICATE OF SERVICE**

      Kenneth J. Ashman, an attorney, hereby certifies that he caused a copy of the foregoing *Plaintiff's Motion to Strike Affirmative Defenses Pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(f), and to Dismiss Counterclaims Pursuant to Rules 9(b) and 12(b)(6)* to be served on August 2, 2007, upon the following via electronic filing:

    Steven L. Baron
    Keith E. Allen
    MANDELL MENKES, LLC
    333 West Monroe Drive, Suite 300
    Chicago, Illinois 60606

                                                    /s/ Kenneth J. Ashman
                                                  Kenneth J. Ashman