## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

John W. Kammin
                       Plaintiff,

v.                                        Case No.: 1:07−cv−02665
                                                  Honorable Ronald A. Guzman

SMARTPROS, Ltd.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 7, 2007:

      MINUTE entry before Judge Ronald A. Guzman :Set deadlines as to motion by Plaintiff John W. Kammin, Counter Defendant John W. Kammin to dismiss SmartPros Counterclaims, MOTION by Plaintiff John W. Kammin, Counter Defendant John W. Kammin to strike SmartPros Affirmative Defenses [24] : Response due by 8/28/2007. Reply due by 9/12/2007. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.