UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------x
JOHN W. KAMMIN, individually,        )
                                     )
          Plaintiff,                 )
                                     )   Case No.: 07 CV 2665
     v.                              )
                                     )   Judge Ronald A. Guzman
SMARTPROS, LTD., a Delaware corporation, )
                                     )
          Defendant.                 )
---------------------------------------------------------x

## NOTICE OF FILING

TO:   Steven L. Baron, Esq.
      Keith E. Allen, Esq.
      MANDELL MENKES, LLC
      333 West Wacker Drive, Suite 300
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on September 12, 2007, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Plaintiff's Reply in Further Support of His Motion to Strike Affirmative Defenses and to Dismiss Counterclaims*, a copy of which is attached hereto and hereby served upon you.

Dated:  Chicago, Illinois
        September 12, 2007                      JOHN KAMMIN,

Kenneth J. Ashman
Neal D. Kitterlin
ASHMAN LAW OFFICES, LLC                         By:       /s/ Kenneth J. Ashman
55 West Monroe Street, Suite 2650                          One of his Attorneys
Chicago, Illinois 60603
(312) 596-1700 (ph)

## **CERTIFICATE OF SERVICE**

      Kenneth J. Ashman, an attorney, hereby certifies that he caused a copy of the foregoing *Plaintiff's Reply in Further Support of His Motion to Strike Affirmative Defenses and to Dismiss Counterclaims* and a Notice of Filing to be served on September 12, 2007, upon the following via electronic filing:

Steven L. Baron, Esq.
Keith E. Allen, Esq.
MANDELL MENKES, LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606

                                                /s/Kenneth J. Ashman
                                             Kenneth J. Ashman