# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2665 | **DATE** | 10/9/2007 |
| **CASE TITLE** | JOHN W. KAMMIN vs. SMARTPROS, LTD. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order: The Court grants defendant's motion to transfer venue [13]. The Clerk of the Court is ordered to transfer this case to the U.S. District Court for the Southern District of New York. This case is terminated. Any pending motions or schedules are stricken as moot.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | CG |
|---|---|---|