# United States District Court

## Northern District of Illinois
### Eastern Division

JOHN W. KAMMIN            **JUDGMENT IN A CIVIL CASE**

v.                                         Case Number: 07 C 2665

SMARTPORS, LTD.

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants defendant's motion to transfer venue [13]. The Clerk of the Court is ordered to transfer this case to the U.S. District Court for the Southern District of New York.

Michael W. Dobbins, Clerk of Court

Date: 10/9/2007

/s/ Carole J. Gainer, Deputy Clerk