## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOHN W KAMMIN V;
SMART PROS, LTD.

07CV2665
JUDGE GUZMAN
MAG.JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

**FILED**

MAY 1 0 2007 *rg*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) NEAL P. KITTERLIN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM ASHMAN LAW OFFICES, LLC | |
| STREET ADDRESS 55 WEST MONROE ST, SUITE 2650 | |
| CITY/STATE/ZIP CHICAGO, IL 60103 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6284627 | TELEPHONE NUMBER (312) 596 - 1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |