**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN W. KAMMIN, individually, | ) | |
| | ) | |
| Plaintiff / Counterdefendant, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 2665 |
| | ) | |
| SMARTPROS, LTD., a Delaware corporation, | ) | Judge Ronald Guzman |
| | ) | |
| Defendant / Counterplaintiff. | ) | Magistrate Judge Brown |

## MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)

Defendant, SmartPros, Ltd. ("SmartPros"), by its attorneys, moves this Court to transfer the above-captioned civil action to the United States District Court for the Southern District of New York. In support of this motion, Smart Pros states as follows:

1. The Northern District of Illinois is not the appropriate forum for this dispute. Plaintiff, John Kammin ("Kammin"), currently resides in the State of New York, SmartPros is based in New York, and all of the underlying events occurred in the State of New York. Almost all of the potential witnesses live in or nearby the State of New York, and SmartPros cannot identify a single potential witness that resides in the State of Illinois. Furthermore, the Court must determine New York law to resolve all of the counts in the Complaint.

2. None of the public or private interest factors examined by courts issuing rulings on motions to transfer filed pursuant to 28 U.S.C. §1404(a) strongly disfavors transfer of the present case from the United States District Court for the Northern District of Illinois to the United States District Court for the Southern District of New York.

3. SmartPros incorporates by reference its memorandum in support of its motion to transfer venue pursuant to 28 U.S.C. § 1404(a).

WHEREFORE, Defendant, SmartPros, Ltd. ("SmartPros"), moves this Court to transfer the above-captioned civil action to the United States District Court for the Southern District of New York.

Respectfully submitted,

**SMARTPROS, LTD.**

Dated:  June 29, 2007         By:  /s/ Steven L. Baron

Steven P. Mandell (ARDC #6183729)
Steven Baron (ARDC #6200868)
Keith Allen (ARDC #6271854)
John Fitzpatrick (ARDC #6277475)
**Mandell Menkes LLC**
333 West Wacker Drive, Suite 300
Chicago, IL  60606
Telephone:  (312) 251-1000
Facsimile:   (312) 251-1010

2