### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOHN W. KAMMIN, individually, | ) | |
| | ) | |
| Plaintiff / Counterdefendant, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 2665 |
| | ) | |
| SMARTPROS, LTD., a Delaware corporation, | ) | Judge Ronald Guzman |
| | ) | |
| Defendant / Counterplaintiff. | ) | Magistrate Judge Brown |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, July 5, 2007, at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Ronald A. Guzman or any judge sitting in the courtroom usually occupied by him Room 1219 of the U. S. District Courthouse, Chicago, Illinois, and shall then and there present the attached *Motion to Transfer Venue Pursuant To 28 U.S.C. §1404(a)*.

Respectfully submitted,

**SMARTPROS, LTD**

By:    s/Steven L. Baron
        One of its attorneys

Steven P. Mandell (ARDC #6183729)
Steven Baron (ARDC #6200868)
Keith Allen (ARDC #6271854)
John Fitzpatrick (ARDC #6277475)
**Mandell Menkes LLC**
333 West Wacker Drive, Suite 300
Chicago, IL  60606
Telephone:  (312) 251-1000

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that I caused a copy of the foregoing *Notice of Motion, Motion to Transfer Venue Pursuant To 28 U.S.C. § 1404(a)* and *Memorandum In Support Of Motion To Transfer Venue Pursuant To 28 U.S.C. § 1404(a)* to be served on:

Kenneth J. Ashman
Neal D. Kitterlin
Ashman Law Offices, LLC
55 West Monroe Street, Suite 2650
Chicago, Illinois 60601


via ECF this 29th day of June, 2007.


                     __s/Steven L. Baron_____