UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Kammin                                 :
                                       :    07 Civ. 9678 (RWS)
        -v.-                           :
                                       :
Smart Pros, Ltd                        :
------------------------------------------------------------X

Please be advised that the conference scheduled

for ___1-23-08___ has been rescheduled to

__2-6-08__ at __4.30pm__ in Courtroom 18C for a controlled PC.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

        1-22-08

                                              1-22-08

                                        _____
                                        ROBERT W. SWEET
                                        United States District Judge