## EXHIBIT A

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN W. KAMMIN, individually, | ) ) ) |
| Plaintiff-counter-defendant, | ) ) Case No.: 07 CV 9678 (RWS) |
| v. | ) ) |
| | ) Judge Robert W. Sweet |
| SMARTPROS, LTD., a Delaware corporation, | ) ) Magistrate Judge Debra C. Freeman |
| | ) |
| Defendant-counter-plaintiff. | ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, plaintiff-counterdefedant, John W. Kammin ("Kammin"), commenced this action against defendant-counterplaintiff, SmartPros, Ltd. ("SmartPros"), on May 10, 2007; and

WHEREAS, Kammin and SmartPros have resolved all disputes that form the basis of the action and entered into a settlement agreement;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel of record to all parties to this action, as follows:

The Parties agree that all matters, including claims and counterclaims, pending in this action will be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41, and each party shall bear its/his own costs and attorney's fees.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

Dated: June 24, 2008
By: /s/ Steven L. Baron

Steven P. Mandell
Steven L. Baron
John D. Fitzpatrick
MANDELL MENKES LLC
333 West Wacker Drive
Suite 300
Chicago, IL 60606
Phone: (312) 251-1000
Fax: (312) 251-1010

--and--

John Van Horne
Reeve & Van Horne
Suite 1000
230 Park Ave.
New York, NY 10169-1099
*Attorneys for Defendant/Counter-Plaintiff SmartPros, Ltd.*

169938

By: /s/

Kenneth J. Ashman
Neil D. Kitterlin

ASHMAN LAW OFFICES, LLC
55 West Monroe Street
Suite 2650
Chicago, Illinois 60603
Phone: (312) 596-1700
Fax: (312) 873-3800

*Attorneys for Plaintiff/Counter-Defendant John W. Kammin*

So ordered
/s/ Sweet USDJ
7·16·08